```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
    EFRAIN GONZALEZ,                                  :
                                                      :
                               Plaintiff,             :   17 Civ. 8363 (KPF)
                                                      :
                     v.                               :        ORDER
                                                      :
    BLEECKER SPAGHETTO, LLC. (d/b/a                   :
    TRATTORIA SPAGHETTO), BLEECKER                    :
    TRATTORIA, INC. (d/b/a TRATTORIA                  :
    SPAGHETTO), TRATTORIA SPAGHETTO                   :
    CORP. (d/b/a TRATTORIA SPAGHETTO),                :
    DONATO DI SAVERIO (a.k.a. DONATO                  :
    VISAVIRO), RRUSTEM IBRAHIMAJ, RENE                :
    DOE, and DANNY ROE,                               :
                                                      :
                               Defendants.            :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 20, 2018

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the parties' settlement agreement, dated August 17, 2018 (Dkt. #39). The Court has reviewed the proposal in light of *Cheeks* v. *Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *Lopez* v. *Nights of Cabiria*, 96 F. Supp. 3d 170 (S.D.N.Y. 2015), and *Wolinsky* v. *Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012), and finds that the settlement is fair.

The Court notes that the attorneys' fees, provided for in Section 3.2 of the settlement agreement, were calculated using the percentage method and represent one-third of the total settlement amount. While the Court finds those fees to be reasonable, the Court does not make any finding as to the reasonableness of counsel's hourly rate.

The Court will endorse under separate cover the executed stipulation of dismissal that the parties filed alongside their revised settlement agreement.

SO ORDERED.

Dated:   August 20, 2018
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge